# Fiore & Levine, PLLC
## Counsellors and Attorneys at Law

| | | |
|---|---|---|
| DANIEL S. FIORE<br>ADMITTED IN VA, MD AND DC<br>JONATHAN E. LEVINE<br>ADMITTED IN VA, MD, FL AND DC<br><br>STEPHEN D. BURNS<br>ADMITTED IN VA AND DC<br>NICOLE E. STADELMAIER<br>ADMITTED IN VA<br>ADRIENNE M. LAWRENCE<br>ADMITTED IN VA<br>SHAWN M. SHOOK<br>ADMITTED IN VA | HERITAGE SQUARE<br>5311 LEE HIGHWAY<br>ARLINGTON, VIRGINIA 22207<br><br>TELEPHONE (703) 525-2668<br>FACSIMILE (703) 525-8393 | INTERNET ADDRESS:<br>www.fiorelevine.com<br>Daniel S. Fiore e-mail:<br>daniel.fiore@fiorelevine.com<br>Jonathan E. Levine e-mail:<br>jonathan.levine@fiorelevine.com<br>Stephen D. Burns e-mail:<br>stephen.burns@fiorelevine.com<br>Nicole E. Stadelmaier e-mail:<br>nicole.stadelmaier@fiorelevine.com<br>Adrienne M. Lawrence e-mail:<br>adrienne.lawrence@fiorelevine.com<br>Shawn M. Shook e-mail:<br>shawn.shook@fiorelevine.com |

**Via ECF**

June 6, 2012

The Hon. Jacqueline Scott Corley
U.S. District Court, Northern District of California
San Francisco Division
450 Golden Gate Ave.
San Francisco, CA 94102

Re: <u>Wells Fargo Advisors, LLC v. Gregory E. Braver</u> / Case No. C:11-6685-JSC

Dear Judge Corley:

Pursuant to Civil Local Rule 7-1(b), I am writing to request that Wells Fargo Advisors' Motion to Confirm Arbitration Award and Enter Final Judgment, or in the Alternative, Motion for Default Judgment, be ruled upon without oral argument. Alternatively, if the Court schedules oral argument, I request that the parties be heard by telephone conference call.

This matter is currently scheduled on your civil motions docket at 9:00 a.m. on July 26, 2012. Please call me at the number above if you have any questions.

Sincerely,

/s/ Jonathan E. Levine
Jonathan E. Levine

JEL:sih

Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone for the August 2, 2012 hearing.

Dated: 6/25/12



GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley