IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, LLC, | ) Case No. 11-6685 SC |
| Plaintiff, | ) ORDER ADOPTING REPORT AND<br>) <u>RECOMMENDATION</u> |
| v. | ) |
| GREGORY E. BRAVER, | ) |
| Defendant. | ) |

Magistrate Judge Jacqueline Scott Corley has issued a Report and Recommendation in which she recommends the undersigned grant Plaintiff's motion for default judgment. ECF No. 18. Defendant has not filed any objections to the Report and Recommendation and the Court finds it to be correct, well-reasoned, and thorough. Therefore, the Court ADOPTS it in every respect. Consistent with Judge Corley's Report and Recommendation, the Court GRANTS Plaintiff's motion for default judgment and enters judgment in favor of Plaintiff in the amount of $87,469.24. Plaintiff's request for $1,459.59 in costs is DENIED without prejudice to Plaintiff submitting a bill of costs pursuant to Civil Local Rule 54-1.

IT IS SO ORDERED.

Dated: July 20, 2012

_____
UNITED STATES DISTRICT JUDGE